UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

COMMODITY FUTURES TRADING COMMISSION,

     *Plaintiff*,

-v-

JAMES ROBERT VELISSARIS,

     *Defendant*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF MOTION

No. 22 Civ. 1347 (VSB)

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in *United States* v. *James Velissaris*, 22 Cr. 105 (DLC) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney, and Daniel Loss and Daniel Tracer, Assistant United States Attorneys, of counsel, will move this Court, for an order (i) to intervene in the above-captioned action, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay the above-captioned action in its entirety until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
    March 25, 2022

Respectfully submitted,

Damian Williams
United States Attorney

By:  /s/
Daniel Loss / Daniel Tracer
Assistant United States Attorney
(212) 637-6527/ -2329

The unopposed motions to intervene and to stay this action are both GRANTED. By 90 days from entry of this order, the parties shall file a joint letter discussing the status of the Criminal Case and whether this action should remain stayed.

SO ORDERED:

*[signature]* 03/28/22
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE