UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| COMMODITY FUTURES TRADING COMMISSION, |
| Plaintiff, |
| -against- |
| JAMES ROBERT VELISSARIS, |
| Defendant. |

22-CV-1347 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

On March 27, 2025, Plaintiff Commodity Futures Trading Commission filed a motion for summary judgement against Defendant Robert Velissaris on all four claims. *See* ECF No. 45. Accompanying its motion, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiff submitted a statement of material facts for which it contends there is no genuine issue to be tried ("Rule 56.1 Statement"). *See* ECF No. 47. In opposition, Defendant Velissaris, representing himself, did not "include a correspondingly numbered paragraph admitting or denying, and otherwise responding to, each numbered paragraph in the statement of the moving party." ECF No. 53 (reproducing Local Rule 56.1(b)); *see also* ECF Nos. 54–55. Both Plaintiff and the Court provided Defendant with copies of Federal Rule of Civil Procedure 56 and Local Rule 56.1. *See* ECF Nos. 50, 53. Defendant is HEREBY ORDERED to submit his own Rule 56.1 Statement reproducing each entry in Plaintiff's Rule 56.1 Statement and setting out his response directly beneath it by **December 22, 2025**. If it has not yet, Plaintiff SHALL provide Defendant with an electronic copy, in a standard word processing format, of its Rule 56.1 Statement upon receipt of this Order.

Additionally, Rule 4(f) of the Court's Individual Rules and Practices in Civil Cases requires the parties to "negotiate and submit, prior to or along with the movant's Rule 56.1 Statement, a joint Rule 56.1 Statement setting out all facts on which the parties agree." To date, the Court has received no such statement. The parties are hereby ORDERED to review the Court's Individual Rules and submit a joint Rule 56.1 statement by **December 22, 2025**. The Court has attached the relevant excerpt of its Individual Rules to this Order.

The Clerk of Court is directed to mail a copy of this Order to the Defendant.

Dated: December 4, 2025
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

## INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES
### Jessica G. L. Clarke, United States District Judge

**Rule 4(f)(ii) Rule 56.1 Statements.**

Any party represented by counsel that moves for summary judgment shall provide all other parties with an electronic copy, in a standard word processing format, of the moving party's Statement of Material Facts Pursuant to Local Civil Rule 56.1 ("Rule 56.1 Statement"). Opposing parties must reproduce each entry in the moving party's Rule 56.1 Statement and set out the opposing party's response directly beneath it. If the opposing party wishes to file their own, additional statements of material fact, it shall begin numbering each entry where the moving party left off.

To streamline the summary judgment briefing process, the Court requires the parties to also negotiate and submit, prior to or along with the movant's Rule 56.1 Statement, a joint Rule 56.1 Statement setting out all facts on which the parties agree.

Each factual assertion in Rule 56.1 Statements must be followed by a citation to the portion(s) of the evidentiary record relied upon. Each memorandum of law must include a statement of facts and may not simply incorporate by reference the entirety of a party's Rule 56.1 Statement.